United States Courts
Southern District of Texas
FILED

*April 15, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | Case No. **4:26-cr-233**_____ |
| **AMALIA SALCEDO**, | |
| Defendant. | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## INTRODUCTION

At all times material to this Indictment, WSS, is a subsidiary of Foot Locker, Inc., a New York City, New York based company engaged in the business of retail purchase and sales of consumer goods in exchange for United States currency. The currency and goods related to this business are shipped in interstate commerce and affect interstate commerce.

At all times material to this Indictment, Dollar Tree, Inc., is a Chesapeake, Virginia, based company engaged in the business of retail purchase and sales of consumer goods in exchange for United States currency. The currency and goods related to this business are shipped in interstate commerce and affect interstate commerce.

1

## COUNT ONE

### Title 18, United States Code, Section 1951(a) – Conspiracy to Interfere with Commerce by Robbery

Beginning on an unknown date, but no later than in or about December 2025, and continuing through at least on or about December 15, 2025, said dates being approximate, in the Houston Division of the Southern District of Texas,

### AMALIA SALCEDO

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others, both known and unknown to the Grand Jury, to unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendant did unlawfully combine, conspire, confederate, and agree with others, both known and unknown to the Grand Jury, to unlawfully take and obtain property, namely commercial goods, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, Sections 1951(a).

## COUNT TWO

### Title 18, United States Code, Section 1951(a) – Interference with Commerce by Robbery

On or about December 15, 2025, in the Houston Division of the Southern District of Texas,

**AMALIA SALCEDO**

defendant herein, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of WSS, located at 519 East Tidwell Road, Houston, Texas, namely goods which were in the possession and custody of an employee of WSS by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT THREE

### Title 18, United States Code, Section 924(c)(1)(A) – Using, Carrying, or Brandishing a Firearm During and in Relation to a Crime of Violence

On or about December 15, 2025, in the Houston Division of the Southern District of Texas,

**AMALIA SALCEDO**

defendant herein, did knowingly use, carry, and brandish a firearm, namely a handgun, during and in relation to a crime of violence for which they can be

prosecuted in a court of the United States, that is Interference with Commerce by Robbery, as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FOUR

### Title 18, United States Code, Section 1951(a) – Interference with Commerce by Robbery

On or about December 15, 2025, in the Houston Division of the Southern District of Texas,

### AMALIA SALCEDO

defendant herein, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Dollar Tree, located at 5550 North Freeway, Houston, Texas, namely goods which were in the possession and custody of an employee of Dollar Tree by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT FIVE

### Title 18, United States Code, Section 924(c)(1)(A) – Using, Carrying, or Brandishing a Firearm During and in Relation to a Crime of Violence

4

On or about December 15, 2025, in the Houston Division of the Southern District of Texas,

**AMALIA SALCEDO**

defendant herein, did knowingly use, carry, and brandish a firearm, namely a handgun, during and in relation to a crime of violence for which they can be prosecuted in a court of the United States, that is Interference with Commerce by Robbery, as charged in Count Four of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SIX

### Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) – Possession of a Firearm by a Convicted Felon

On or about December 15, 2025, in the Houston Division of the Southern District of Texas,

**AMALIA SALCEDO**

defendant herein, knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a .22 LR Pistol, Beretta, Model 21A Bobcat, bearing serial number DAA053391, and said firearm had been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**A TRUE BILL:**

Original Signature on File

_____

**FOREPERSON OF THE GRAND JURY**

**JOHN G.E. MARCK**
**ACTING UNITED STATES ATTORNEY**

BY: _____

    **Andrew C. Sand**
    **Assistant United States Attorney**